# Court of Appeals
# of the State of Georgia

ATLANTA, September 07, 2023

*The Court of Appeals hereby passes the following order:*

**A24A0076.  MARIO WHITAKER v. THE STATE.**

In 2006, Mario Whitaker entered a guilty plea to voluntary manslaughter, armed robbery, and aggravated assault. The trial court imposed a total sentence of life imprisonment. Whitaker filed a motion to vacate void sentence in September 2021, which the trial court dismissed on November 4, 2021. Whitaker thereafter filed three other motions, arguing that the indictment was "void and defective," the trial court lacked personal jurisdiction over him because he was not properly served, and his trial counsel was ineffective. On March 7, 2022, the trial court entered an order dismissing the three motions on the basis that Whitaker failed to make a cognizable claim that his sentence was void. Whitaker filed this appeal on April 27, 2022. The State has filed a motion to dismiss the appeal, arguing that we lack jurisdiction because the appeal is untimely. We agree.

A notice of appeal must be filed within 30 days of entry of an appealable order or judgment. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon an appellate court. *Couch v. United Paperworkers Intl. Union*, 224 Ga. App. 721, 721 (482 SE2d 704) (1997). Because Whitaker filed his notice of appeal 51 days after entry of the trial court's order, this appeal is untimely.

In addition, Whitaker's motions are challenges to the validity of his convictions, and a motion seeking to challenge an allegedly invalid or void judgment of conviction "is not one of the established procedures for challenging the validity of a judgment in a criminal case," and an appeal from the denial of such a motion is subject to dismissal. *Roberts v. State*, 286 Ga. 532, 532 (690 SE2d 150) (2010).

Accordingly, the State's motion to dismiss is GRANTED and this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,* __*09/07/2023*__

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*